UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DIXIE ELECTRIC
MEMBERSHIP CORPORATION

VERSUS

COX COMMUNICATIONS
LOUISIANA, LLC

CIVIL ACTION

NO. 13-435-SDD-RLB

RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation (Rec. Doc. 15) of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 14, 2014. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Motion to Dismiss or, In the Alternative, Motion for Stay filed by Cox Communications Louisiana, LLC (Rec. Doc. 5) is denied. The Court will re-visit the issue of complete diversity, if necessary, upon amendment of the Notice of Removal setting forth DEMCO's place of incorporation and principal place of business.

Baton Rouge, Louisiana, March 31st, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA